UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.F.B., INC.,<br><br>                       Plaintiff,<br><br>  v.<br><br>SF 2402, LLC,<br><br>                      Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 21-cv-01793-JLS-KSC<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION**<br><br>**[ECF No. 7]** |

    Presently before the Court is Plaintiff and Counterclaim Defendant B.F.B., Inc.'s Motion to Compel Arbitration and Stay Proceedings (ECF No. 7).  The Court hereby **VACATES** the hearing set for January 13, 2022, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

Dated: January 7, 2022

                                                Hon. Janis L. Sammartino
                                                United States District Judge